UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED

JUL 15 2013

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-07-167-01 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| JOSHUA DAVID PACKARD, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Joshua David Packard**  Case **CR S-07-167-01 WBS** from custody for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of _____

___   Unsecured bond

___   Appearance Bond with 10% Deposit

___   Appearance Bond secured by Real Property

___   Corporate Surety Bail Bond

**X**   (Other)  **Defendant released under same terms and conditions as previously ordered on pages 3 and 4 of the Judgment and Commitment order filed February 15, 2012.**

Issued at  Sacramento, CA  on  July 15, 2013  at  3:30 p.m.

By /s/ William B. Shubb
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing