UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-CR-00167 WBS |
| Plaintiff, | |
| v. | **ORDER** |
| JOSHUA DAVID PACKARD, | |
| Defendant. | |

----oo0oo----

In response to defendant's Motion to Clarify Disposition (Docket No. 57), it is not the court's intention that defendant receive credit for the time spent in the Nevada County Jail from on or about October 23, 2013 through on or about February 12, 2014, nor is it the court's intention that defendant serve his sentence in this matter concurrently with his state court sentence.

Dated:   June 4, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1